**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| RAYMOND SULLIVAN and JULIA CAUSEY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>RIVIERA HOLDINGS CORPORATION d/b/a RIVIERA HOTEL AND CASINO and DOES 1 through 50, inclusive,<br><br>        Defendants. | 2:14-cv-00165-APG-VCF<br><br>**MINUTE ORDER** |

Before the Court is Plaintiffs' Counsel's Request to Appear Telephonically at the Discovery Hearing (#16).

IT IS HEREBY ORDERED that Plaintiffs' Counsel's Request to Appear Telephonically at the Discovery Hearing (#16) is GRANTED.

The call in conference number is 1-702-868-4911, passcode 123456. The call must be generated from a land line.

DATED this 1st day of May, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE