# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RAYMOND SULLIVAN, *et al.*, <br><br> Plaintiff(s), <br><br> vs. <br><br> RIVIERA HOLDINGS CORPORATION d/b/a RIVIERA HOTEL AND CASINO, <br><br> Defendant. | 2:14-cv-0-165-APG-VCF <br><br> **ORDER** |

Before the Court is the Joint Discovery Plan and Scheduling Order. (#13).

The Court held a hearing on Friday, May 9, 2014. Leah Jones, Esq. appeared telephonically for Plaintiffs. Patrick Hulla, Esq. appeared for Defendant. The parties discuss discovery and statute of limitation issues pertaining to class certification.

At the hearing the Court suggested staying most of the discovery but allowing some discovery to move forward. However, Defendant believes that its Motion to Dismiss (#4) will dispose of this case in its entirety. The Court will temporarily stay discovery and allow Defendant fifteen days to file a Motion to Stay Discovery.

IT IS HEREBY ORDERED that discovery is temporarily stayed until May 27, 2014. Defendant has until May 27, 2014 to file its Motion to Stay Discovery. If the Motion to Stay Discovery is filed, the opposition is due within ten (10) days after the motion and the reply in support of the Motion to Stay Discovery is due within five (5) days after the opposition.

DATED this 15th day of May, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE