| | |
|---|---|
| **THIERMAN BUCK, LLP**<br>Mark R. Thierman, Esq., Nev. Bar No. 8285<br>mark@thiermanbuck.com<br>Joshua D. Buck, Esq., Nev. Bar No. 12187<br>josh@thiermanbuck.com<br>Leah L. Jones, Esq., Nev. Bar No. 13161<br>leah@thiermanbuck.com<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Telephone: (775) 284-1500<br>Fax: (775) 703-5027<br><br>*Attorneys for Plaintiffs* | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>David L. Schenberg<br>*Pro Hac Vice*<br>David.schenberg@ogletreedeakins.com<br>7700 Bonhomme Avenue<br>Suite 650<br>St. Louis, MO 63105<br>Telephone: (314) 802-3956<br>Fax: (314) 802-3936<br><br>Anthony L. Martin, Esq., Nev. Bar No. 08177<br>anthony.martin@ogletreedeakins.com<br>Jamie L. Zimmerman, Esq., Nev. Bar No. 11749<br>jamie.zimmerman@ogletreedeakins.com<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Telephone: 702.369.6800<br>Fax: 702.369.6888<br><br>*Attorneys for Defendant* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND SULLIVAN and JULIA CAUSEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RIVIERA OPERATING CORPORATION d/b/a RIVIERA HOTEL AND CASINO and DOES 1 through 50, inclusive,<br>Defendant. | Case No.: 2:14-cv-00165-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANT'S MOTION TO RECONSIDER AND/OR CLARIFY ORDER GRANTING WRIT OF ATTACHMENT**<br><br>(First Request) |

The Parties, Plaintiffs RAYMOND SULLIVAN and JULIA CAUSEY ("Plaintiffs") and Defendant Riviera Operating Corporation d/b/a Riviera Hotel & Casino ("Defendant" or "Riviera"), by and through their respective counsel, hereby submit this Stipulation for Extension of Time for Plaintiffs to file their Opposition to Defendant's Motion to Reconsider and/or Clarify Order Granting Writ of Attachment (Dkt. 90).

- 1 -
**STIPULATION FOR EXTENSION OF TIME**

1       The Parties have mutually agreed to extend the time for Plaintiffs to submit their Opposition to Defendant's Motion to Reconsider and/or Clarify Order Granting Writ of Attachment up to and including June 29, 2015. The parties seek this extension in order to explore the possibility of potential settlement of this matter.

      IT IS SO STIPULATED.

Dated: June 12, 2015.

| THIERMAN BUCK, LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/Joshua D. Buck<br>Mark R. Thierman, Esq., Nev. Bar No. 8285<br>Joshua D. Buck, Esq., Nev. Bar No. 12187<br>Leah L. Jones, Esq. Nev. Bar No. 13161<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>*Attorneys for Plaintiffs* | /s/Anthony L. Martin<br>David L. Schenberg<br>*Pro Hac Vice*<br>david.schenberg@ogletreedeakins.com<br>7700 Bonhomme Avenue<br>Suite 650<br>St. Louis, MO 63105<br>Telephone: (314) 802-3956<br>Fax: (314) 802-3936<br><br>Anthony L. Martin, Nev. Bar No. 08177<br>Jamie L. Zimmerman, Nev. Bar No. 11749<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>*Attorneys for Defendant* |

## ORDER

IT IS SO ORDERED.

Dated: June 15, 2015.

_____
UNITED STATES DISTRICT JUDGE