Mark R. Thierman, Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND SULLIVAN and JULIA CAUSEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RIVIERA HOLDINGS CORPORATION d/b/a/ RIVIERA HOTEL AND CASINO; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-00165-APG-VCF<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO STAY ALL PROCEEDINGS** |

Defendant RIVIERA HOLDINGS CORPORATION d/b/a/ RIVIERA HOTEL AND CASINO, by and through its counsel, and Plaintiffs RAYMOND SULLIVAN and JULIA CAUSEY, on behalf of themselves and all others similarly situated, by and through their counsel of record, submit the below stipulation to stay all proceedings in the above captioned matter. The parties therefore provide notice and stipulate that:

1. The parties have engaged in lengthy negotiations and reached tentative settlement, in principle, in this case.

2. The parties agree to stay all proceedings in the above captioned matter for a period of 30 days ending on September 11, 2015, to allow for the preparation and finalization of appropriate settlement documents to resolve the litigation. This is the first stay requested for the purpose of memorializing those negotiations into settlement documents.

This stipulation is presented in good faith and not for purposes of delay.

Respectfully submitted this 17th day of August, 2015.

| THIERMAN BUCK, LLP | OGLETREE DEAKINS |
|---|---|
| /s/ Joshua D. Buck<br>Mark R. Thierman, Bar No. 8285<br>Joshua D. Buck, Bar No.12187<br>7287 Lakeside Drive<br>Reno, Nevada 89511 | /s/Anthony Martin<br>Anthony Martin, Bar No. 8177<br>Peter D. Navarro, Bar No. 10168<br>3800 Howard Hughes Parkway, Suite 1500<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## ORDER

**IT IS SO ORDERED** this 18th day of August, 2015.

_____
United States District Judge

-2-