1

**THIERMAN BUCK LLP**
Mark R. Thierman, Esq.
Nev. Bar No. 8285
mark@thiermanbuck.com
Joshua D. Buck, Esq.
Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones
Nev. Bar No. 13161
leah@thiermanbuck.com
7287 Lakeside Drive
Reno, Nevada  89511
Telephone: (775) 284-1500
Fax: (775) 703-5027

*Attorneys for Plaintiffs*

2

3

4

5

6

7

8

9

10

11

12

13

14

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

David L. Schenberg
*Pro Hac Vice*
David.schenberg@ogletreedeakins.com
7700 Bonhomme Avenue
Suite 650
St. Louis, MO 63105
Telephone: (314) 802-3956
Fax: (314) 802-3936

Anthony L. Martin
Nevada Bar No. 08177
anthony.martin@ogletreedeakins.com
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant*

15

16

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

17

18

19

20

21

22

23

24

25

RAYMOND SULLIVAN and JULIA CAUSEY, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

RIVIERA OPERATING CORPORATION d/b/a RIVIERA HOTEL AND CASINO and DOES 1 through 50, inclusive,

Defendant.

Case No. 2:14-cv-00165-APG-VCF

**NOTICE OF SETTLEMENT AND STIPULATION TO STAY ALL PROCEEDINGS**

**(Second Request)**

26

27

28

Defendant RIVIERA HOLDINGS CORPORATION d/b/a/ RIVIERA HOTEL AND CASINO, by and through its counsel, and Plaintiffs RAYMOND SULLIVAN and JULIA

1

CAUSEY, on behalf of themselves and all others similarly situated, by and through their counsel of record, submit the below stipulation to stay all proceedings in the above captioned matter. The parties therefore provide notice and stipulate that:

1. The parties have engaged in lengthy negotiations and reached a tentative settlement in this case.

2. The parties seek to stay all proceedings in the above captioned matter for an additional 14-days ending on October 14, 2015, to allow for the finalization of appropriate settlement documents and motion for preliminary approval to resolve the litigation. This is the second stay requested for the purpose of memorializing and finalizing those negotiations into settlement documents and the appropriate motions to be submitted to this Court.

This stipulation is presented in good faith and not for purposes of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

**IT IS SO STIPULATED.**

2

DATED September 30, 2015.                    DATED:  September  30, 2015

3

**THIERMAN LAW FIRM**                         **OGLETREE, DEAKINS, NASH, SMOAK &**
                                             **STEWART, P.C.**

4

5

6

*/s/Joshua D. Buck*                          */s/David L. Schenberg*
Mark R. Thierman, Nev. Bar No. 8285          David L. Schenberg

7

Joshua D. Buck, Nev. Bar No. 12187           *Pro Hac Vice*
Leah L. Jones, Nev. Bar No. 13161            david.schenberg@ogletreedeakins.com

8

7287 Lakeside Drive                          7700 Bonhomme Avenue
                                             Suite 650

9

Reno, Nevada 89511                           St. Louis, MO 63105
*Attorneys for Plaintiffs*                    Telephone: (314) 802-3956

10

Fax: (314) 802-3936

11

12

Anthony L. Martin, Nev. Bar No. 08177
Wells Fargo Tower

13

Suite 1500
3800 Howard Hughes Parkway

14

Las Vegas, NV  89169
*Attorneys for Defendant*

15

16

17

**<u>ORDER</u>**

18

**IT IS SO ORDERED.**

19

Dated this __30th__ day of September, 2015

20

_____

21

UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT AND STIPULATION TO STAY ALL PROCEEDINGS