Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada  89511
Tel. (775) 284-1500
Fax. (775) 703-5027

Attorneys for Plaintiffs

Anthony L. Martin, Nev. Bar No. 08177
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
3800 Howard Hughes Parkway, Ste 1500
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND SULLIVAN and JULIA CAUSEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RIVIERA OPERATING CORPORATION d/b/a RIVIERA HOTEL AND CASINO and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:14-cv-00165-APG-VCF<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

The Application for Preliminary Approval of a Class Action Settlement came before this Court, the Honorable Andrew Gordon presiding, on October 30, 2015.  This Court, having considered the papers submitted in support of the application of the parties, HEREBY ORDERS THE FOLLOWING:

1. This Court grants preliminary approval of the Settlement based upon the terms set forth in the Settlement Agreement and Release between Plaintiffs and Defendant

   ("Settlement") filed herewith. The Settlement appears to be fair, adequate and reasonable to the Class.

2. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3. A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees and costs to Class Counsel, the Enhancement Payment to Class Representatives, the Enhancement Payment to Opt-in Plaintiffs, and the Settlement Administrator fees, should be finally approved as fair, reasonable and adequate as to the members of the Class is scheduled in accordance with the schedule set forth below.

4. This Court approves, as to form and content, the Notice of Settlement, in substantially the form attached to the Settlement as Exhibit B, the Settlement Claim Form, in substantially the form attached thereto as Exhibit C, and the Exclusion Form, in substantially the form attached thereto as Exhibit D. This Court approves the procedure for Class Members to participate in, to opt out of and to object to, the Settlement as set forth in the Notice of Settlement.

5. This Court directs the mailing of the Notice of Settlement, Settlement Claim Form, and the Exclusion Form by first class mail to the Class Members in accordance with the schedule set forth below. This Court finds the dates selected for the mailing and distribution of the Notice, Settlement Claim Form, and the Exclusion Form, as set forth in the schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. It is ordered that the Class is preliminarily certified for settlement purposes only.

7. This Court confirms Plaintiffs Raymond Sullivan, Julia Causey, Lamar Sherrod, and Blanca Aguilar as Class Representatives.

8. This Court confirms Thierman Buck LLP as Class Counsel.

9. This Court confirms CPT Group, Inc. as the Settlement Administrator.

10. This Court orders the following **schedule** for further proceedings:

| | | |
|---|---|---|
| a. | Deadline for Defendant to Submit Class Member Information to Claims Administrator | November 13, 2015 [14 calendar days after Order granting Preliminary Approval] |
| b. | Deadline for Claims Administrator to Mail the Notice and the Exclusion Form to Class Members | November 20, 2015 [21 calendar days after Order granting Preliminary Approval] |
| c. | Deadline for Class Members to Postmark Settlement Claim Forms | December 21, 2015 [30 calendar days after mailing of the Notice packet] |
| c. | Deadline for Class Members to Postmark Exclusion Forms | December 21, 2015 [30 calendar days after mailing of the Notice packet] |
| d. | Deadline for Receipt by Court and Counsel of any Objections to Settlement | December 21, 2015 [30 calendar days after mailing of the Notice packet] |
| e. | Deadline for Class Counsel to file Motion for Final Approval of Settlement, Attorneys' Fees, Costs, Enhancement Payments, and Settlement Administrator Fees | January 6, 2016 [14 calendar days before Final Approval Hearing] |
| g. | Deadline for Class Counsel to File Declaration from Claims Administrator of Due Diligence and Proof of Mailing | January 6, 2016 [14 calendar days before Final Approval Hearing] |

3

|     |                                                                                                                                                                                 |                                                                                                          |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | -------------------------------------------------------------------------------------------------------- |
| h.  | Final Fairness Hearing and Final Approval                                                                                                                                       | Wednesday, January 6, , 2016 at 2:30 p.m.                                                                |
| i.  | Deadline for Defendant to deposit the remainder of Global Settlement Fund into a qualified settlement fund.                                                                     | January 25, 2016 [5 calendar days after the Final Fairness and Final Approval hearing]                   |
| j.  | Deadline for Settlement Administrator to mail the Settlement Awards and the Enhancement Awards, and to wire transfer the Attorneys' Fees and Costs (if Settlement is Effective) | January 28 , 2016 [7 calendar days after Effective Date]                                                 |
| k.  | Claims Administrator to File Proof of Payment of Settlement Awards, Enhancement Awards, Attorneys' Fees and Costs (if Settlement is Effective)                                  | April 21 , 2016 [90 calendar days after Effective Date]                                                  |

**IT IS SO ORDERED.**

Dated:  October 30, 2015

_____
Honorable Andrew P. Gordon
Judge of the United States District Court

4